

# RECEIPT

DATE 6-18-15   No.

RECEIVED FROM Stephanie Parker   $ 30.00

Thirty Dollars + 00/00   DOLLARS

○ FOR RENT   IMF Rehearing +
Ø FOR _____ en Rama

| ACCOUNT | | ○ CASH |
| PAYMENT | 30.00 | ○ CHECK |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM _____ TO _____

BY Rosa Gonzalez